835 F.2d 873
 Barclay Properties, Inc., Locke (James D.), Pleasants
(Graydon O.), Shaffner (William, F., III), Parker (Daniel),
Wisner (Ronald), Tyler (Robert O.), Burke (S. William),
Newcomb (John R.), Hitchcock (Ralph M., Jr.), Rosenberg (Richard), U.S.
v.
Farnan (Jeanne A.), FSI Financial Group of Va., Inc., FSI
Financial Group, Inc., FSI Financial Services Corp.,
Holliday (Carolyn), Resnick (Stanley), FSI Finance, N.V.,
Palmer (Y.M.), Sorrel Shares, Inc., Suriel Finance N.V., Jennings(L.)
 NO. 85-1063
 United States Court of Appeals,
Fourth Circuit.
 NOV 03, 1987
 
 1
 Appeal From: E.D.Va.
 
 
 2
 REVERSED.